KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

KIRSTIN M. AULT (CSBN 206052)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36060
San Francisco, California 94102
Telephone: (415) 436-7151
Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.   CR 05 00579 CW |
|    Plaintiff, | ) | ORDER EXCLUDING TIME FROM |
| | ) | NOVEMBER 21, 2005 TO DECEMBER 12, |
| v. | ) | 2005 FROM THE SPEEDY TRIAL ACT |
| | ) | CALCULATION (18 U.S.C. § |
| MICHAEL MAYO, | ) | 3161(h)(8)(A)) |
| | ) | |
|    Defendant. | ) | |
| | ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from November 21, 2005 to December 12, 2005.

The parties agree, and the Court finds and holds, as follows:

1. The defendant is out of custody.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act based upon the need for defense counsel to obtain and review additional discovery in order to effectively prepare to defense this case.

3. Counsel for the defense believes that the exclusion of time is in her client's best interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding

the period from November 21, 2005, to December 12, 2005, outweigh the best interest of the public

1   and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

2          5.  Accordingly, and with the consent of the defendant, the Court orders that the period from

3   November 21, 2005 to December 12, 2005 be excluded from Speedy Trial Act calculations under 18

4   U.S.C. § 3161(h)(8)(A) & (B)(iv).

5

6   STIPULATED:

7

8   DATED:_____          _____/s/_____

9                                   HILLARY FOX
                                    Attorney for Defendant

10

11  DATED:_____          _____/s/_____

12                                  KIRSTIN M. AULT
                                    Assistant United States Attorney

13

14  IT IS SO ORDERED.

15          11/28/05

16  DATED:_____          _____

17                                  CLAUDIA WILKEN
                                    United States District Judge

18

19

20

21

22

23

24

25

26

27

28