1   KEVIN V. RYAN (CSBN 118321)
    United States Attorney
2
    EUMI L. CHOI (WVBN 0722)
3   Chief, Criminal Division

4   KIRSTIN M. AULT (CSBN 206052)
    Assistant United States Attorney
5
        450 Golden Gate Ave., Box 36060
6       San Francisco, California 94102
        Telephone: (415) 436-7151
7       Facsimile: (415) 436-7234

8   Attorneys for Plaintiff

9                   UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        OAKLAND DIVISION

12  UNITED STATES OF AMERICA,        )    No.    CR 05-00649 CW
                                     )
13            Plaintiff,             )    STIPULATION AND ORDER
                                     )    EXCLUDING TIME FROM NOVEMBER
14  v.                               )    21, 2005 TO DECEMBER 19, 2005 FROM
                                     )    THE SPEEDY TRIAL ACT
15  JAMES ROBERT METZGER,            )    CALCULATION (18 U.S.C. §
                                     )    3161(h)(8)(A))
16                                   )
              Defendant.             )
17  _____ )

18

19          With the agreement of the parties, and with the consent of the defendant, the Court enters

20  this order scheduling an appearance date of December 19, 2005 at 2:30 p.m. before the

21  Honorable Claudia Wilken for change of plea or motions setting, and documenting the exclusion

22  of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from November 21, 2005 to December

23  19, 2005.  The parties agree, and the Court finds and holds, as follows:

24          1.  The defendant is out of custody.

25          2.  The defendant agrees to an exclusion of time under the Speedy Trial Act based upon

26  defense counsel's need to obtain and review additional discovery to effectively prepare to defend

27  this case.

28          3.  Counsel for the defense believes that the exclusion of time is in her client's best

1   interest.

2       4.  Given these circumstances, the Court finds that the ends of justice served by

3   excluding the period from November 21, 2005 to December 19, 2005, outweigh the best interest

4   of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

5       5.  Accordingly, and with the consent of the defendant, the Court (1) sets an appearance

6   date before the Honorable Claudia Wilken of November 19, 2005 at 2:30 p.m. for change of plea

7   or motions setting; and (2) orders that the period from November 21, 2005 to December 19, 2005

8   be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

9

10  STIPULATED:

11

12  DATED:_____                    _____/s/_____

13                                            SHARON BUNZEL
                                              Attorney for the Defendant

14

15  DATED:_____                    _____/s/_____

16                                            KIRSTIN M. AULT
                                              Assistant United States Attorney

17

    IT IS SO ORDERED.

18

19                          11/28/05          _____
    DATED:_____

20                                            CLAUDIA WILKEN
                                              United States District Judge

21

22

23

24

25

26

27

28