1 KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3 EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

4 KIRSTIN M. AULT (CSBN 206052)
Assistant United States Attorney

5

6   450 Golden Gate Ave., Box 36060
San Francisco, California 94102
Telephone: (415) 436-7151

7   Facsimile: (415) 436-7234

8 Attorneys for Plaintiff

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                    OAKLAND DIVISION

12 UNITED STATES OF AMERICA,          )      No.    CR 05 00579 CW
                                      )
13      Plaintiff,                    )      [PROPOSED] ORDER EXCLUDING
                                      )      TIME FROM NOVEMBER 7, 2005 TO
14      v.                            )      NOVEMBER 21, 2005 FROM THE
                                      )      SPEEDY TRIAL ACT CALCULATION
15 MICHAEL MAYO,                      )      (18 U.S.C. § 3161(h)(8)(A))
                                      )
16      Defendant.                    )
                                      )
17

18      With the agreement of the parties, and with the consent of the defendant, the Court enters

19 this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b),

20 from November 7, 2005 to November 21, 2005.

21      The parties agree, and the Court finds and holds, as follows:

22      1.  The defendant is in custody.

23      2.  The defendant agrees to an exclusion of time under the Speedy Trial Act based upon

24 the need for defense counsel to obtain and review discovery in order to effectively prepare to

25 defense this case.

26      3.  Counsel for the defense believes that the exclusion of time is in her client's best

27 interest.

28      4.  Given these circumstances, the Court finds that the ends of justice served by excluding

the period from November 7, 2005, to November 21, 2005, outweigh the best interest of the

public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

       5.  Accordingly, and with the consent of the defendant, the Court orders that the period

from November 7, 2005 to November 21, 2005 be excluded from Speedy Trial Act calculations

under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).


STIPULATED:


DATED:__11/14/05_____            _____/s/_____
                                     HILLARY FOX
                                     Attorney for Defendant


DATED:___11/09/05_____            _____/s/_____
                                     KIRSTIN M. AULT
                                     Assistant United States Attorney


IT IS SO ORDERED.

IT IS SO ORDERED
Judge Wayne D. Brazil

DATED: November 29, 2005           _____
                                     WAYNE D. BRAZIL
                                     United States Magistrate Judge