1 KEVIN V. RYAN (CSBN 118321)
United States Attorney

2

3 EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

4 KIRSTIN M. AULT (CSBN 206052)
Assistant United States Attorney

5
    450 Golden Gate Ave., Box 36055
6     San Francisco, California 94102
    Telephone: (415) 436-7151
7     Facsimile: (415) 436-7234

8 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05 00579 CW |
| Plaintiff, | ORDER EXCLUDING TIME FROM JANUARY 9, 2006 TO JANUARY 30, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| MICHAEL MAYO, | |
| Defendant. | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from January 9, 2006 to January 30, 2006.

The parties agree, and the Court finds and holds, as follows:

1. The defendant is out of custody.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act based upon the need for defense counsel to obtain and review additional discovery in order to effectively prepare to defend this case.

3. Counsel for the defense believes that the exclusion of time is in her client's best interest.

4. Given these circumstances, the Court finds that the ends of justice served by excluding

the period from January 9, 2006 to January 30, 2006, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

5. Accordingly, and with the consent of the defendant, the Court orders that the period from January 9, 2006 to January 30, 2006 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED: 1/30/06          /s/ Hillary Fox
HILLARY FOX
Attorney for Defendant

DATED: 2/9/06          /s/ Kirstin M. Ault
KIRSTIN M. AULT
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 2/14/06

CLAUDIA WILKEN
United States District Judge