1 BARRY J. PORTMAN
Federal Public Defender
2 HILARY A. FOX
Assistant Federal Public Defender
3 555 - 12th Street, Ste. 650
Oakland, California 94607-3627
4 Telephone: (510) 637-3500

5 Counsel for Defendant MAYO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 05-00579-CW |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER TO |
| | ) | MODIFY BRIEFING SCHEDULE |
| v. | ) | |
| | ) | Date: March 27, 2006 |
| MICHAEL EUGENE MAYO, | ) | Time: 2:30 p.m. |
| | ) | Court: Hon. Claudia Wilken |
| Defendant. | ) | U. S. District Court |
| | ) | |

This matter is currently on calendar for motions hearing on Monday, March 27, 2006 at 2:30 p.m. The parties are considering a negotiated disposition and defendant has therefore not filed motions at this time. The parties desire a brief additional window to determine whether this case may be resolved, particularly in light of the Ninth Circuit's recent decision in *United States v. Rodrigo Alejandro Morales-Perez*, No. 05-10115 (filed Feb. 22, 2006), that could affect the applicability of the career offender penalty and thus significantly affect Mr. Mayo's exposure in this case. Because government counsel has been in trial since March 20th and will remain in trial through part or all of next week, the parties jointly request that the briefing schedule be modified to afford an opportunity for defendant to complete necessary investigation and preparation and for the parties to confer regarding settlement. Taking into account the court's availability, government counsel's trial schedule, and defense counsel's unavailability from April 1st until April 5, the

- 1 -

parties propose the following schedule:

| | |
|---|---|
| Defendant's motions to be filed by: | April 10, 2006 |
| Government's opposition to be filed by: | April 17, 2006 |
| Any reply to be filed by: | April 20, 2006 |
| Motions hearing set for: | April 24, 2006 at 2:30 p.m. |

The parties further request that the time between today's date and the next hearing date of April 24, 2006, be excluded from calculations under the Speedy Trial Act, 18 U.S.C. §3161(h)(1)(F), §3161(h)(8)(A), and §3161(B)(iv) to afford defendant adequate time for effective preparation.

For these reasons, the parties request that the Court find that the time between today's date and April 24, 2006, should be excluded under the Speedy Trial Act, 18 U.S.C. §3161 (h)(8)(A) and (B)(iv), because this delay is necessary to provide counsel for defendant with the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The time between the filing of defendant's motion and the hearing on that motion on April 24, 2006, is also excludable pursuant to §3161(h)(1)(F) of the Speedy Trial Act, which provides for exclusion for any period of delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing.

SO STIPULATED.

Dated: March 24, 2006  /S/
 _____
 HILARY A. FOX
 Attorney for Defendant MAYO

SO STIPULATED.

Dated: March 27, 2006  /S/
 _____
 KIRSTIN AULT
 Assistant United States Attorney

### SIGNATURE ATTESTATION

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

ORDER

Based on the reasons provided in the stipulation of the parties above, the Court vacates the motions hearing set for March 27, 2006, and adopts the briefing schedule proposed by the parties. The Court further FINDS that the ends of justice served by excluding the time from today's date through April 24, 2006, outweigh the best interests of the public and the defendant in a speedy trial, and that the failure to afford defendant this time for preparation and filing of motions would deny counsel for defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. See 18 U.S.C. §3161(h)(8)(A) & (B)(iv).

Based on these findings, IT IS HEREBY ORDERED THAT the motions hearing scheduled for March 27, 2006 shall be continued to April 24, 2006, at 2:30 p.m. The Court finds that the time from today's date through April 24, 2006, shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv). In addition, upon the filing of defendant's motion, time shall be excluded pursuant to §3161(h)(1)(F), which provides for exclusion for any period of delay resulting from any pretrial motion, from the filing of the motion through the conclusion of the hearing.

IT IS SO ORDERED.

Dated: March 27, 2006

_____
CLAUDIA WILKEN
United States District Court