KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

KIRSTIN M. AULT (CSBN 206052)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7151
    Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05 00579 CW |
| Plaintiff, | ORDER EXCLUDING TIME FROM APRIL 24, 2006 TO MAY 15, 2006 FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |
| v. | |
| MICHAEL MAYO, | |
| Defendant. | |

      With the agreement of the parties, and with the consent of the defendant, the Court enters this order setting a motions hearing date and documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from April 24, 2006 to May 15, 2006.

      The parties agree, and the Court finds and holds, as follows:

      1. The defendant is out of custody.

      2. The defendant agrees that time in this matter is automatically excluded under the Speedy Trial Act based upon defense counsel's making of an oral motion to suppress evidence on April 24, 2006.

      3. Accordingly, and with the consent of the defendant, the Court orders that: (1) the defendant shall file a written memorandum in support of his motion to suppress no later than May 15, 2006; (2) a status hearing set for May 15, 2006 at 2:30 p.m. before the Honorable

Claudia Wilken; and (3) the period from April 24, 2006 to May 15, 2006 shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(1)(F) due to the defendant's pending motion to suppress.

STIPULATED:

DATED:_____   /S/
HILLARY FOX
Attorney for Defendant

DATED:_____   /S/
KIRSTIN M. AULT
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 5/11/06   *Claudia Wilken*
CLAUDIA WILKEN
United States District Judge