IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00579 CW |
| Plaintiff, | ORDER OF REFERENCE TO MAGISTRATE JUDGE |
| v. | |
| MICHAEL MAYO, | |
| Defendant. / | |

Pursuant to Civil Local Rule 72-1 and the request of parties, IT IS HEREBY ORDERED that the above-captioned case is referred to Magistrate Judge Joseph C. Spero for a settlement conference to be held at the convenience of the Magistrate Judge's calendar. Counsel will be advised of the date, time and place of appearance by notice from Magistrate Judge Spero.

DATED: 6/7/06

_____
CLAUDIA WILKEN
UNITED STATES DISTRICT JUDGE

cc: Wings; JCS