1

2 UNITED STATES DISTRICT COURT

3 NORTHERN DISTRICT OF CALIFORNIA

4

5 UNITED STATES OF AMERICA,                    No. CR-05-0579 CW (JCS)

6           Plaintiff(s),

7      v.                                      **NOTICE OF SETTLEMENT CONFERENCE AND SETTLEMENT CONFERENCE ORDER**

8 MICHAEL MAYO,

9           Defendant(s).

_____/

10

11 TO ALL PARTIES AND COUNSEL OF RECORD:

12      The above matter has been referred to Magistrate Judge Joseph C. Spero for settlement

13 purposes.

14      You are hereby notified that a Settlement Conference is scheduled for **June 13, 2006, at**

15 **10:30 a.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco,

16 California 94102.  Pursuant to Criminal Local Rule 11-1(c), Defendant shall not attend the

17 Settlement Conference, but shall be present in the building for consultation with his attorney.

18      **Each party shall prepare a settlement conference statement, which must be lodged with**

19 **or faxed to the undersigned's chambers no later than noon on June 9, 2006.**  Please 3-hole

20 punch the document at the left side.  (If faxing the document, please fax it to (415) 522-3636.)

21      The Settlement Conference Statement shall **not** be filed with the Clerk of the Court, and need

22 not be served on opposing counsel.  The parties are encouraged, however, to exchange Settlement

23 Conference Statements.  If Settlement Conference Statements are exchanged, any party may submit

24 an additional confidential settlement letter to the Court not to exceed three (3) pages.  The contents

25 of this confidential settlement letter will not be disclosed to the other parties.

26      IT IS SO ORDERED.

27 Dated: June 7, 2006

28                                             _____
                                             JOSEPH C. SPERO
                                             United States Magistrate Judge