# United States District Court
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. )  Docket Number: CR 05-00579-1 CW
)
Michael E. Mayo )
)

**FILED**

DEC 2 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ___Janauary 22, 2007___ be continued until ___February 12, 2007___ at ___2:30 p.m.___.

Date: DEC 2 2 2006

Claudia Wilken
United States District Judge

NDC-PSR-009 12/06/04