# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
)
vs. ) Docket Number: CR 05-00579-1 CW
)
Michael E. Mayo )
)

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ___February 26, 2007___ be continued until ___March 12, 2007___ at ___2:30 p.m.___ .

Date: 2/22/07

Claudia Wilken
United States District Judge

FILED FEB 22 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

NDC-PSR-009 12/06/04