```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  HILARY A. FOX
    Assistant Federal Public Defender
 3  555 - 12th Street, Ste. 650
    Oakland, California 94607-3627
 4  Telephone: (510) 637-3500

 5  Counsel for Defendant MAYO
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR05-00579-CW |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER FOR |
| ) | CONTINUANCE OF SENTENCING |
| v. ) | HEARING DATE |
| ) | |
| MICHAEL MAYO, ) | Date: March 12, 2007 |
| ) | Time: 2:30 p.m. |
| Defendant. ) | Court: Hon. Claudia Wilken |
| ) | U. S. District Court |

This matter is currently on calendar for sentencing on March 12, 2007, at 2:30 p.m. Defendant Michael Mayo and the government, through their respective counsel, jointly stipulate and request that the matter be continued to the new date of April 9, 2007, at 2:30 p.m., for the following reasons. The parties have entered into a plea agreement which permits the defendant to seek a limited downward departure. The primary basis for the departure will be defendant's diminished capacity as a result of two head injuries he sustained as a child. The original psychiatric evaluation in this case was prepared one year ago for purposes of bail and did not address the circumstances of the offense. Defense counsel has requested an updated evaluation which would address Mr. Mayo's current level of functioning and also address the circumstances of the offense; however, due to scheduling conflicts, the psychiatrist will not have that report completed in time for the current sentencing date.

1  The Probation Office and parties have agreed that, under these circumstances, it is appropriate
2  to continue the sentencing date briefly so that an updated psychiatric report will be available to the
3  Court. The parties are informed that the date of April 2, 2007, is not available for sentencing;
4  therefore, the parties stipulate and agree that the sentencing date should be continued until April 9,
5  2007. The Probation Officer has been consulted and will be available on the new date. Mr. Mayo is
6  out of custody.

SO STIPULATED.

Dated:     March 1, 2007                              /S/
                                                      _____
                                                      HILARY A. FOX
                                                      Attorney for Defendant MAYO

SO STIPULATED.

Dated:     March 2, 2007                              /S/
                                                      _____
                                                      KIRSTIN AULT
                                                      Assistant United States Attorney

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

**ORDER**

Based on the reasons provided in the stipulation of the parties above, and for good cause appearing, IT IS HEREBY ORDERED THAT the sentencing hearing that is currently scheduled in this matter for March 12, 2007, shall be continued to April 9, 2007, at 2:30 p.m.

IT IS SO ORDERED.

Dated: ___March 5___, 2007                            _____
                                                      CLAUDIA WILKEN
                                                      United States District Court